**United States Courts**
**Southern District of Texas**
**FILED**

AUG 06 2019

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 86-406 CR-HASTINGS

21 U.S.C. §963
21 U.S.C. §952(a)
21 U.S.C. §960(a)(1)
21 U.S.C. §846
21 U.S.C. §841(a)(1)
18 U.S.C. §2

UNITED STATES OF AMERICA

v.

GUSTAVO MANRIQUE,
CAMILO DAVILA,
ALFONSO PARRA, a/k/a Alex,
JOSE SANTANA, a/k/a Felipe,
JOSE LUIS LOPERA-SIERRA,
LUCHO LNU, and
LUIS SIERRA-LUNA
_____/

I N D I C T M E N T

H19-1459M

UNSEALED

The Grand Jury charges that:

COUNT I

From an unknown date until on or about November 24, 1985, in the Southern District of Florida, and divers other places, the defendants,

        GUSTAVO MANRIQUE,
        CAMILO DAVILA,
        ALFONSO PARRA, a/k/a Alex,
        JOSE SANTANA, a/k/a Felipe,
        JOSE LUIS LOPERA-SIERRA,
        LUCHO LNU, and
        LUIS SIERRA-LUNA,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to commit an offense against the United States, that is, to violate Title 21, United States Code, Sections 952(a) and 960(a)(1).

It was the purpose and object of this conspiracy knowingly and intentionally to import into the United States, from a place outside thereof, a controlled substance, that is, a quantity of cocaine, a Schedule II narcotic controlled substance.

It is further charged that the defendants conspired to import into the United States, from a place outside thereof, at least one (1) kilogram of cocaine.

All in violation of Title 21, United States Code, Section 963.

## COUNT II

On or about November 24, 1985, in the Southern District of Florida, the defendants,

>GUSTAVO MANRIQUE,
>CAMILO DAVILA,
>ALFONSO PARRA, a/k/a Alex,
>JOSE SANTANA, a/k/a Felipe,
>JOSE LUIS LOPERA-SIERRA,
>LUCHO LNU, and
>LUIS SIERRA-LUNA,

did knowingly and intentionally import into the United States, from a place outside thereof, a controlled substance, that is, a quantity of cocaine, a Schedule II narcotic controlled substance.

It is further charged that the amount of cocaine involved was at least one (1) kilogram.

All in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) and Title 18, United States Code, Section 2.

## COUNT III

From an unknown date until on or about November 24, 1985, in the Southern District of Florida, and divers other places, the defendants,

>       GUSTAVO MANRIQUE,
>       CAMILO DAVILA,
>       ALFONSO PARRA, a/k/a Alex,
>       JOSE SANTANA, a/k/a Felipe,
>       JOSE LUIS LOPERA-SIERRA,
>       LUCHO LNU, and
>       LUIS SIERRA-LUNA,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury to commit an offense against the United States, that is, to violate Title 21, United States Code, Section 841(a)(1).

It was the purpose and object of this conspiracy knowingly and intentionally to possess with intent to distribute a controlled substance, that is, a quantity of cocaine, a Schedule II narcotic controlled substance.

It is further charged that the defendants conspired to possess with intent to distribute at least one (1) kilogram of cocaine.

All in violation of Title 21, United States Code, Section 846.

COUNT IV

On or about November 24, 1985, in the Southern District of Florida, the defendants,

>    GUSTAVO MANRIQUE,
>    CAMILO DAVILA,
>    ALFONSO PARRA, a/k/a Alex,
>    JOSE SANTANA, a/k/a Felipe,
>    JOSE LUIS LOPERA-SIERRA,
>    LUCHO LNU, and
>    LUIS SIERRA-LUNA,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a quantity of cocaine, a Schedule II narcotic controlled substance.

It is further charged that the amount of cocaine involved was at least one (1) kilogram.

All in violation of Title 21, United States Code, Sections 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

_____
LEON B. KELLNER
UNITED STATES ATTORNEY

_____
GREGORY W. KEHOE
ASSISTANT UNITED STATES ATTORNEY

- 4 -

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

GUSTAVO MANRIQUE,
CAMILO DAVILA,
ALFONSO PARRA, a/k/a Alex,
JOSE SANTANA, a/k/a Felipe,
JOSE LUIS LOPERA-SIERRA,
LUCHO LNU, and
LUIS SIERRA-LUNA

CASE NO:

86 - 406 CR-HASTINGS

ESTIMATED TRIAL TIME

CERTIFICATE OF TRIAL ATTORNEY

I do hereby certify:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the indictment/information.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28, U.S.C., Section 3161

3. This cause will take __4__ days for the parties to try.

4. (Check the appropriate category)

    __X__  I    0 to 5 days
    _____  II   6 to 10 days
    _____  III  11 to 20 days
    _____  IV   21 to 60 days
    _____  V    61 days and over

5. Has this case been previously filed in this Court? NO

If Yes, Judge_____

Case Number: _____

A copy of the dispositive order must be attached hereto.

6. Was this matter pending in the Office of the United States Attorney at the time Judge Marcus was the United States Attorney for this District?

_____ Yes    __X__ No

Assistant United States Attorney
GREGORY W. KEHOE

No. _____

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of ___ FLORIDA _____

_____ Division

## THE UNITED STATES OF AMERICA

vs.

GUSTAVO MANRIQUE, CAMILO DAVILA, ALFONSO PARRA,
a/k/a Alex, JOSE SANTANA, a/k/a Felipe,
JOSE LUIS LOPERA-SIERRA, LUCHO LNU, and
LUIS SIERRA-LUNA

## INDICTMENT
21 U.S.C. 963
21 U.S.C. 952(a)
21 U.S.C. 960(a)(1)
21 U.S.C. 846
21 U.S.C. 841(a)(1)
18 U.S.C. 2

A true bill,

_____
Foreman.

Filed in open court this _____ day

of _____ , A.D. 19 _____

_____
Clerk.

Bail, $ _____

GPO 863 525

**WARRANT FOR ARREST**

**United States District Court**

**DISTRICT:** SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.
GUSTAVO MANRIQUE, et al.

DOCKET NO.

MAGISTRATE CASE NO.

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED:
CAMILO DAVILA

WARRANT ISSUED ON THE BASIS OF:
[X] Indictment  [ ] Information  [ ] Order of Court  [ ] Complaint

TO: Any U.S. Marshal or other duly authorized federal agent.

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

Conspiracy to import and possess with intent to distribute cocaine and importation and possession with intent to distribute cocaine, all in excess of one (1) kilogram.

**IN VIOLATION OF**

UNITED STATES CODE TITLE 21

SECTIONS 963, 952(a), 960(a)(1), 846, 841(a)(1)

OTHER CONDITIONS OF RELEASE

SIGNATURE (FEDERAL U.S. MAGISTRATE)

DATE

CLERK OF COURT

(BY) DEPUTY CLERK

DATE ISSUED

**RETURN**

This warrant was received and executed with the arrest of the above-named person.

DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER

DATE EXECUTED

United States Judge or Judge of a State Court of Record