UNITED STATES DISTRICT COURT               SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 19-MJ-1459 |
|---|---|---|---|

United States of America

*versus*

Camilo Davila

United States Courts
Southern District of Texas
**FILED**
AUG 07 2019
David J. Bradley, Clerk of Court

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Drew Findling<br>The Findling Law Firm, P.C.<br>3490 Piedmont Road, Suite 600<br>Atlanta, Georgia 30305<br>(404) 460-4500, Email: drew@findlinglawfirm.com<br>Georgia 260425 |
|---|---|

| Name of party applicant seeks to appear for: | Camilo Davila |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 8/6/19 | Signed: [signature] |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 8/7/19 | Clerk's signature [signature] |

### Order

This lawyer is admitted *pro hac vice.*

Dated: _____          _____
                                                                      United States District Judge